GRACE JUN: SBN 287973
GRACE JUN, ATTORNEY AT LAW
501 West Broadway, Ste. 1480
San Diego, CA 92101
grace@gracejunlaw.com

Attorney for Plaintiff Estate of Trevor Loflin and Paul Loflin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF TREVOR LOFLIN, by and through its successor in interest, Paul Loflin, Jr.; and PAUL LOFLIN, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HUNTINGTON BEACH, and DOES 1-25,<br><br>Defendants. | CASE NO. 24-cv-01075<br><br>**DECLARATION OF PAUL LOFLIN, JR., AS SUCCESSOR IN INTEREST TO ESTATE OF TREVOR LOFLIN** |

I, PAUL LOFLIN, JR., being duly sworn, hereby declare:

1. I am a plaintiff in the above-referenced case. I am over the age of 18 and reside in Orange County, California. I make the following declaration based on my personal knowledge. If called to testify to the matters set forth herein, I could and would competently testify to these matters based on my personal knowledge.

2. The decedent, Trevor Loflin ("Trevor"), was my son. Trevor died in the city of Huntington Beach, county of Orange, on May 20, 2022. He was 26 years old. A true and correct copy of Trevor's death certificate is attached as Exhibit A to my declaration.

3. At the time of his death, Trevor was not married. He had no children. Trevor did not leave behind any will. He did not leave any testamentary instrument or other written document designating any heir or beneficiary or making any donative transfer of property. Trevor died intestate.

4. Because my son Trevor did not leave behind any will or other testamentary instrument, no proceeding is now pending in California for administration of the decedent's estate. No probate proceeding is pending in any other state or country for administration of the decedent's estate.

5. Because Trevor's mother died before him, I am decedent Trevor Loflin's successor in interest (as defined in Section 377.11 of the California Code of

- 1 -

Civil Procedure) and succeed to the decedent's interest in the action or proceeding.

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California that that the foregoing is true and correct. Executed this 16th day of May, 2024 in Huntington Beach, California.

_____
PAUL LOFLIN, JR.

-2-

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## HEALTH CARE AGENCY

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052022125508
LOCAL REGISTRATION NUMBER: 3202230010025

### Decedent's Personal Data

1. NAME OF DECEDENT – FIRST (Given): TREVOR
2. MIDDLE: RANDALL
3. LAST (Family): LOFLIN
4. DATE OF BIRTH mm/dd/ccyy: 12/12/1995
5. AGE Yrs.: 26
6. SEX: M
7. DATE OF DEATH mm/dd/ccyy: 05/20/2022
8. HOUR (24 Hours): 0635
9. BIRTH STATE/FOREIGN COUNTRY: UNK
10. SOCIAL SECURITY NUMBER: UNK
11. EVER IN U.S. ARMED FORCES?: [X] UNK
12. MARITAL STATUS/SRDP: NEVER MARRIED
13. EDUCATION – Highest Level/Degree: UNKNOWN
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: [X] NO
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: UNK
18. KIND OF BUSINESS OR INDUSTRY: UNK
19. YEARS IN OCCUPATION: UNK

1 of 3

### Usual Residence

20. DECEDENT'S RESIDENCE: 8861 BOLIN CIRCLE
21. CITY: HUNTINGTON BEACH
22. COUNTY/PROVINCE: ORANGE
23. ZIP CODE: 92646
24. YEARS IN COUNTY: UNK
25. STATE/FOREIGN COUNTRY: CA

### Informant

26. INFORMANT'S NAME, RELATIONSHIP: UNDER INVESTIGATION, NONE
27. INFORMANT'S MAILING ADDRESS: UNK

### Spouse/SRDP and Parent Information

28. NAME OF SURVIVING SPOUSE/SRDP–FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT–FIRST: UNK
32. MIDDLE: UNK
33. LAST: UNK
34. BIRTH STATE: UNK
35. NAME OF MOTHER/PARENT–FIRST: UNK
36. MIDDLE: UNK
37. LAST (BIRTH NAME): UNK
38. BIRTH STATE: UNK

### Funeral Director/Local Registrar

39. DISPOSITION DATE: -
40. PLACE OF FINAL DISPOSITION: -
41. TYPE OF DISPOSITION(S): PENDING CORONER INVESTIGATION
42. SIGNATURE OF EMBALMER: SHARRON AYN HOLLY TRASK
43. LICENSE NUMBER: EMB7915
44. NAME OF FUNERAL ESTABLISHMENT: ORANGE COUNTY SHERIFF'S DEPARTMENT
45. LICENSE NUMBER: NONE
46. SIGNATURE OF LOCAL REGISTRAR: REGINA CHINSIO-KWONG, DO
47. DATE: 05/31/2022

### Place of Death

101. PLACE OF DEATH: HUNTINGTON BEACH POLICE DEPARTMENT JAIL
102. IF HOSPITAL, SPECIFY ONE: —
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: [X] Other
104. COUNTY: ORANGE
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 2000 MAIN STREET
106. CITY: HUNTINGTON BEACH

### Cause of Death

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): PENDING INVESTIGATION
(B): 
(C): 
(D): 

Time Interval Between Onset and Death: -
108. DEATH REPORTED TO CORONER?: [X] YES
REFERRAL NUMBER: 22-03044-BG
109. BIOPSY PERFORMED?: [X] NO
110. AUTOPSY PERFORMED?: [X] YES
111. USED IN DETERMINING CAUSE?: [X] YES

112. OTHER SIGNIFICANT CONDITIONS: UNKNOWN
113. WAS OPERATION PERFORMED: UNK
113A. IF FEMALE, PREGNANT IN LAST YEAR?: [X] NO

### Physician's Certification

114–118: (blank)

### Coroner's Use Only

119. MANNER OF DEATH: [X] Pending Investigation
120. INJURED AT WORK?: —
121. INJURY DATE: —
122. HOUR: —
123. PLACE OF INJURY: —
124. DESCRIBE HOW INJURY OCCURRED: —
125. LOCATION OF INJURY: —
126. SIGNATURE OF CORONER / DEPUTY CORONER: MICHELLE C KRUEGER
127. DATE: 05/25/2022
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: MICHELLE C KRUEGER, DEP CORONER

---

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF ORANGE

DATE ISSUED: June 3, 2022

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION, ORANGE COUNTY HEALTH CARE AGENCY.

REGINA CHINSIO-KWONG, DO
HEALTH OFFICER
ORANGE COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


* 0 0 4 9 8 7 6 1 0 *

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## HEALTH CARE AGENCY

**AFFIDAVIT TO AMEND A RECORD**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052022125508
LOCAL REGISTRATION NUMBER: 3202230010025

1.1

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| TREVOR | RANDALL | LOFLIN |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 05/20/2022 | HUNTINGTON BEACH | ORANGE |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNK UNK UNK | UNK UNK UNK |

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 9 | UNK | CA |
| 10 | UNK | 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 |
| 11 | U | N |
| 13 | UNKNOWN | HS GRADUATE |
| 16 | WHITE | CAUCASIAN |
| 17 | UNK | SALES PROFESSIONAL |
| 18 | UNK | INSURANCE |
| 19 | UNK | 1 |
| 24 | UNK | 26 |
| 26 | UNDER INVESTIGATION, NONE | PAUL H LOFLIN JR, FATHER |
| 27 | UNK | 8861 BOLIN CIRCLE, HUNTINGTON BEACH, CA 92646-7124 |
| 31 | UNK | PAUL |
| 32 | UNK | H |
| 33 | UNK | LOFLIN, JR |
| 34 | UNK | WV |
| 35 | UNK | JENNIFER |
| 36 | UNK | R |
| 37 | UNK | MORRELL |
| 38 | UNK | CA |
| 39 | - | 06/03/2022 |

2 of 3

**11. REASON FOR CORRECTION:** TO FILL IN THE UNKNOWNS

### AFFIDAVITS AND SIGNATURES

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ DAVID BRENT SEARCY | DAVID BRENT SEARCY | FUNERAL DIRECTOR |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 2230 WEST CHAPMAN AVE STE 241, ORANGE, CA 92868 | 06/01/2022 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ SUSANNA SEARCY | SUSANNA SEARCY | FUNERAL HOME STAFF LEVEL |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 2230 WEST CHAPMAN AVE STE 241, ORANGE, CA 92868 | 06/01/2022 |

### STATE/LOCAL REGISTRAR USE ONLY

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ▶ CDPH-VR | 06/02/2022 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24e (REV. 1/08)

1.1

---

CERTIFIED COPY OF VITAL RECORDS



*004987614*

STATE OF CALIFORNIA } SS
COUNTY OF ORANGE

DATE ISSUED: June 3, 2022

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION, ORANGE COUNTY HEALTH CARE AGENCY.



REGINA CHINSIO-KWONG, DO
HEALTH OFFICER
ORANGE COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## HEALTH CARE AGENCY

**AFFIDAVIT TO AMEND A RECORD**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052022125508
LOCAL REGISTRATION NUMBER: 3202230010025

1.2

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| TREVOR | RANDALL | LOFLIN |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 05/20/2022 | HUNTINGTON BEACH | ORANGE |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNK UNK UNK | UNK UNK UNK |

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 40 | - | RESIDENCE 8861 BOLIN CIRCLE, HUNTINGTON BEACH, CA 92646-7124 |
| 41 | PENDING CORONER INVESTIGATION | CREMATE/RESIDENCE |
| 44 | ORANGE COUNTY SHERIFF'S DEPARTMENT | PORTAL OF PEACE CREMATION SERVICE OF ORANGE COUNTY |
| 45 | NONE | FD2062 |

3 of 3

**REASON FOR CORRECTION**
11. TO FILL IN THE UNKNOWNS

**AFFIDAVITS AND SIGNATURES**

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ DAVID BRENT SEARCY | DAVID BRENT SEARCY | FUNERAL DIRECTOR |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 2230 WEST CHAPMAN AVE STE 241, ORANGE, CA 92868 | 06/01/2022 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ SUSANNA SEARCY | SUSANNA SEARCY | FUNERAL HOME STAFF LEVEL |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 2230 WEST CHAPMAN AVE STE 241, ORANGE, CA 92868 | 06/01/2022 |

**STATE/LOCAL REGISTRAR USE ONLY**

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ▶ CDPH-VR | 06/02/2022 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24e (REV. 1/08)

1.2



CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF ORANGE

DATE ISSUED June 3, 2022

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION, ORANGE COUNTY HEALTH CARE AGENCY.

REGINA CHINSIO-KWONG, DO
HEALTH OFFICER
ORANGE COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE