AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| THE ESTATE OF TREVOR LOFLIN, by and through its successor in interest, Paul Loflin, Jr.; and PAUL LOFLIN, JR., <br> *Plaintiff(s)* <br> v. <br> CITY OF HUNTINGTON BEACH, SEE ATTACHED <br> *Defendant(s)* | Civil Action No. 8:24-cv-01075-JVS-JDE |

**SECOND AMENDED COMPLAINT**

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SEE ATTACHMENT NO.2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Grace Jun, Esq.
501 W Broadway, Ste. 1480
San Diego, CA 92101
grace@gracejunlaw.com
(310) 709-4012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 2, 2025

/s/ E. Synagogue

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01075-JVS-JDE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

GRACE JUN: SBN 287973
GRACE JUN, ATTORNEY AT LAW
501 West Broadway, Ste. 1480
San Diego, CA 92101
grace@gracejunlaw.com

Attorney for Plaintiff Estate of Trevor Loflin and Paul Loflin

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF TREVOR LOFLIN, by and through its successor in interest, Paul Loflin, Jr.; and PAUL LOFLIN, JR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HUNTINGTON BEACH; DREW BUTLER, in his individual capacity; NATHAN ARNOLD, in his individual capacity; NICOLE KIMMITT, in her individual capacity; VANCE BENNETT, in his individual capacity; L. EVERETT, in his individual capacity; R. DIAZ, in their individual capacity, and DOES 13-25, inclusive, <br><br> Defendants. | CASE NO. 8:24-cv-01075-JVS-JDE <br><br> **SECOND AMENDED COMPLAINT** <br><br> 1. Deliberate Indifference to Serious Medical Needs (42 U.S.C. § 1983) <br> 2. Deprivation of Right of Familial Association (42 U.S.C. § 1983) <br> 3. *Monell* Municipal Liability (42 U.S.C. § 1983) <br><br> **JURY TRIAL DEMANDED** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*Estate of Trevor Loflin et al. v. City of Huntington Beach et al.*

8:24-cv-01075-JVS-JDE

ATTACHMENT NO. 2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

Drew Butler, in his individual capacity
2000 Main Street
Huntington Beach, California 92648

Nathan Arnold, in his individual capacity
2000 Main Street
Huntington Beach, California 92648

Nicole Kimmitt, in her individual capacity
2000 Main Street
Huntington Beach, California 92648

Vance Bennett, in his individual capacity
2000 Main Street
Huntington Beach, California 92648

L. Everett, in his individual capacity
2000 Main Street
Huntington Beach, California 92648

R. Diaz, in their individual capacity
2000 Main Street
Huntington Beach, California 92648